IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02933-CMA-MEH

JAMES M. RHODE,

    Plaintiff,

v.

REGIS UNIVERSITY,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 25, 2013.**

    The Stipulated Motion for Entry of Protective Order [filed January 24, 2013; docket #13] is **granted**, and the proposed Protective Order is accepted, issued and filed contemporaneously with this minute order.