IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02933-CMA-MEH

JAMES M. RHODE,

Plaintiff,

v.

REGIS UNIVERSITY, a Colorado non-profit corporation.
.

Defendant.

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff James M. Rhode and defendant Regis University stipulate to the dismissal with prejudice of the above-captioned action and all claims asserted therein, with each party to bear their own attorneys' fees and costs.

Dated this 10th day of May, 2013.

FISHER & PHILLIPS LLP

By: *s/ Darin Mackender*
Darin Mackender
1999 Broadway, Suite 3300
Denver, CO 80202
Telephone: (303) 218-3650
Facsimile: (303) 218-3651
dmackender@laborlawyers.com

*Attorneys for Defendant*

BRYAN E. KUHN, COUNSELOR AT LAW, P.C.

By: *s/ Bryan E. Kuhn*
Bryan E. Kuhn
1660 Lincoln Street, Suite 2330
Denver, CO 80264
Telephone: (303) 424-4286
Facsimile: (303) 425 4013
Bryan.Kuhn@beklegal.com

*Attorneys for Plaintiff*